**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **THINH NGUYEN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:17-cv-00135-O-BP** |
| | § | |
| **STATE FARM LLOYDS,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the parties' Agreed Motion to Dismiss (ECF No. 25), filed May 1, 2017, signed by attorneys for both parties. An action may be dismissed by a party without order of the court by filing a stipulation of dismissal signed by all parties who have appeared in the action. *See* Fed. R. Civ. P. 41(a)(1)(ii). As such, formal court action is not necessary in this case. However, administrative and statistical purposes and the interest of justice will be served by entry of the judgment requested by the parties.

## RECOMMENDATION

The Court should grant the parties' Agreed Motion to Dismiss (ECF No. 25) and dismiss this action with prejudice.

## OBJECTIONS

28 USC § 636 normally gives parties fourteen (14) days to object to recommendations submitted by magistrate judges. However, as the parties have reached an agreed dismissal of this action and this report recommends granting the relief requested by the parties, the court may act on the findings, conclusions, and recommendation immediately.

Signed May 2, 2017.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE