IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THINH NGUYEN, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 4:17-cv-00135-O-BP |
| STATE FARM LLOYDS, | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. The Court has received and considered the recommendation of the United States Magistrate Judge, who recommends that the Court grant the parties' agreed motion to dismiss, with prejudice. The undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Agreed Motion to Dismiss (ECF No. 25) is **GRANTED**. The court will enter the agreed order granting the parties' agreed motion to dismiss separately.

**SO ORDERED** on this **22nd day of June, 2017**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE